State of New York, *nunc pro tunc.* No opinion. Concur—Milonas, J. P., Ellerin, Nardelli, Williams and Mazzarelli, JJ.

■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. MARK J. CHADSEY, Admitted on January 15, 1987, at a term of the Appellate Division, Fourth Department. [671 NYS2d 967] —The order of this Court entered on April 24, 1997 (230 AD2d 366), is recalled and vacated *nunc pro tunc,* and the Opinion Per Curiam filed therewith is amended to vacate so much thereof as pertains to the above-named respondent. Respondent's name is directed to be restored to the roll of attorneys and counselors-at-law in the State of New York, *nunc pro tunc.* No opinion. Concur—Milonas, J. P., Ellerin, Nardelli, Williams and Mazzarelli, JJ.

■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. ERWIN LOUIS CHEROVSKY, Admitted on December 2, 1958, at a term of the Appellate Division, Fourth Department. [671 NYS2d 968] —The order of this Court entered on April 24, 1997 (230 AD2d 366), is recalled and vacated *nunc pro tunc,* and the Opinion Per Curiam filed therewith is amended to vacate so much thereof as pertains to the above-named respondent. Respondent's name is directed to be restored to the roll of attorneys and counselors-at-law in the State of New York, *nunc pro tunc.* No opinion. Concur—Milonas, J. P., Ellerin, Nardelli, Williams and Mazzarelli, JJ.

■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. EDWARD TIMOTHY CALLAHAN, Admitted on May 24, 1957, at a term of the Appellate Division, First Department. [671 NYS2d 968] —The order of this Court entered on April 24, 1997 (230 AD2d 366), is recalled and vacated *nunc pro tunc,* and the Opinion Per Curiam filed therewith is amended to vacate so much thereof as pertains to the above-named respondent. Respondent's name is directed to be restored to the roll of attorneys and counselors-at-law in the State of New York, *nunc pro tunc.* No opinion. Concur—Milonas, J. P., Ellerin, Nardelli, Williams and Mazzarelli, JJ.

■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. JONATHAN BARLOW CARTER, Admitted on May 5, 1986, at a term of the Appellate Division, First Department. [672 NYS2d 673] —The order of this Court entered on April 24, 1997 (230 AD2d 366), is recalled and vacated *nunc pro tunc,* and the Opinion Per Curiam filed therewith is amended to vacate so much thereof as pertains to the above-named respondent. Respondent's name is directed to be restored to the roll of